IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| T-REX PROPERTY AB, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 5:12-CV-01162-DAE |
| CLEAR CHANNEL OUTDOOR HOLDINGS, INC. | § § § § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO DISMISS

Plaintiff T-Rex Property AB ("T-Rex") and Defendant Clear Channel Outdoor Holdings, Inc. ("CCO") have agreed to settle all claims for relief asserted by T-Rex Property AB against Clear Channel Outdoor Holdings, Inc. in the above entitled action. Therefore in accordance with Federal rule of Civil Procedure 41, T-Rex and CCO respectfully move the Court to dismiss all claims for relief asserted by the parties without prejudice.

WHEREFORE, PREMISES CONSIDERED, T-Rex and CCO request that, in accordance with the terms of the Settlement Agreement, all claims for relief asserted by the parties are dismissed without prejudice and each party shall bear its own attorneys' fees and costs in connection with this action.

Dated: April 4, 2013                                    Respectfully submitted,

                                                        GILLAM & SMITH, LLP

                                                        _____/s/ Melissa R. Smith_____


Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

**ATTORNEYS FOR**
**T-REX PROPERTY AB**

### CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of April, 2013.

                      _____/s/ Melissa R. Smith_____
                      MELISSA R. SMITH